DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475



FILED
APR - 7 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:
   NURUL and FEROZA HAMSATH

Chapter 13
Case No. 04-3-0460 SFC13

NOTICE OF UNCLAIMED
CHAPTER 13 DEBTOR REFUNDS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant To Federal Rule of Bankruptcy Procedure 3011, the Trustee hereby turns over to the Court, unclaimed debtor refunds in the amount of $3.00 as follows:

| Name and Address of Claimant | Unclaimed Refund |
|---|---|
| CLERK OF THE COURT FOR: NURUL and FEROZA HAMSATH 2235 N 23RD PL PHOENIX, AZ 85006 | $3.00 |

Dated:   April 5, 2011

_____
CECILIA MARCELO
Receipts Administrator